# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **EDWIN RIVERA** | **CIVIL ACTION NO. 23-0253** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **CHRIS STINSON, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Edwin Rivera's claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 5th day of July 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE